IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ELECTRONICALLY
FILED
05/07/2021
U.S. DISTRICT COURT
Northern District of WV

| | |
|---|---|
| **LORI AND JOHN MURRAY, Individually and on behalf of all others similarly situated,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>)  CASE NO. 3:21-CV-68 (Groh) _____ |
| vs. | )<br>) |
| **STEVE KEMPER BUILDER, LLC,** | )<br>) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Steve Kemper Builder, LLC ("Defendant"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this case from the Circuit of Jefferson County, West Virginia to the United States District Court for the Northern District of West Virginia. As grounds for removal, and for no other purpose, Defendant states as follows:

1. On or around April 1, 2021, Plaintiffs Lori and John Murray ("Plaintiffs") filed their Complaint in the Circuit for Jefferson County, West Virginia, in an action captioned *Lori and John Murray, Individually and on behalf of all others similarly situated v. Steve Kemper Builder, LLC,* Civil Action No. CC-19-2021-C-39 (the "Circuit Court Action"). A true and accurate copy of the Complaint filed in the Circuit Court Action is attached hereto as Exhibit "A" and is incorporated herein by reference.

2. On April 8, 2021, Defendant accepted service of the Summons and a copy of the Complaint filed on behalf of the Plaintiffs.

3. No further proceedings have taken place in the Circuit Court Action besides the issuance of summons upon the Defendant. A true copy of the Circuit Court docket sheet is included with Exhibit A.

4. As alleged in Plaintiffs' Complaint, Plaintiffs are citizens of West Virginia. Ex. A, ¶ 1.

5. Defendant is a limited liability company chartered in the state of Pennsylvania, with its principal place of business in Lees Summit, Missouri. *See* Ex. A, ¶ 4. Defendant's sole member is Dustin Doll, who is domiciled in Missouri. Because the citizenship of an LLC for purposes of diversity under Section 1332(a) is that of its member(s), Defendant is a citizen of Missouri.

6. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. 1332(a), as the parties are citizens of different states, and the amount in controversy satisfies the jurisdictional requirements under Section 1332(a).

7. This action is removable to the United States District Court for the Northern District of West Virginia pursuant to the provisions of 28 U.S.C. § 1441, which provides that any civil action brought in a state court where the District Court of the United States has original jurisdiction is removable to the District of the United States District Court embracing the place where such action is pending.

8. This Notice of Removal is timely under 28 U.S.C. § 1446(b) as it is being filed within thirty days after Defendant was served with a copy of Plaintiffs' Complaint. The time within which Defendant is required to answer or otherwise respond has not expired.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal will be given to all parties, and a copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Jefferson County, West Virginia. A copy of the Notice of Filing Notice of Removal is being filed in the Circuit Court of Jefferson County, West Virginia, with attachments noted therein. A copy is attached hereto as Exhibit "B".

WHEREFORE, the allegations in Plaintiffs Lori and John Murray's Complaint establish that this Court has original jurisdiction of this action by reason of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Defendant Steve Kemper Builder, LLC respectfully gives notice that the action pending in the Circuit Court of Jefferson County, West Virginia, captioned *Lori and John Murray, Individually and on behalf of all others similarly situated v. Steve Kemper Builder, LLC*, Civil Action No. CC-19-2021-C-39, is removed to the United States District Court for the Northern District of West Virginia in Martinsburg, West Virginia, pursuant to 28 U.S.C. §§ 1441 and 1446.

DATED this 7th day of May, 2021.

Respectfully submitted,

STEVE KEMPER BUILDER, LLC,

By Counsel,

*/s/Vivian H. Basdekis, Esq.*
David A. Barnette (WVSB #242)
Vivian H. Basdekis (WVSB #10587)
Chelsea A. Creta (WVSB #13187)
JACKSON KELLY PLLC
500 Lee Street, East; Suite 1600 (25301)
Post Office Box 553
Charleston, West Virginia 25322
T: (304) 340-1000
F: (304) 340-1272
dbarnette@jacksonkelly.com
vhbasdekis@jacksonkelly.com
chelsea.creta@jacksonkelly.com
*Counsel for Defendant Steve Kemper Builder, LLC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **LORI AND JOHN MURRAY, Individually** and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br> vs.<br><br>**STEVE KEMPER BUILDER, LLC,**<br><br>            Defendant. | CASE NO. 3:21-CV-68 (Groh) |

## CERTIFICATE OF SERVICE

I, Vivian H. Basdekis, counsel for Defendant, hereby certify that on this 7th day of May, 2021, the foregoing **"NOTICE OF REMOVAL"** was served to all counsel by electronically filing the same with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

> Stephen G. Skinner
> Skinner Law Firm
> PO Box 487
> Charles Town, WV 25414
> sskinner@skinnerfirm.com
> *Counsel for Plaintiffs*

 /s/ *Vivian H. Basdekis*
David A. Barnette (WVSB #242)
Vivian H. Basdekis (WVSB #10587)
Chelsea A. Creta (WVSB #13187)
JACKSON KELLY PLLC
500 Lee Street, East; Suite 1600 (25301)
Post Office Box 553
Charleston, West Virginia 25322
T:  (304) 340-1000
F:  (304) 340-1272
dbarnette@jacksonkelly.com
vhbasdekis@jacksonkelly.com
chelsea.creta@jacksonkelly.com
*Counsel for Defendant Steve Kemper Builder, LLC*